175 A.3d 151

**TATE, Brian**

v.

**STATE of Maryland**

**Pet. Docket No. 310, Sept. Term, 2017**

Court of Appeals of Maryland.

December 18, 2017

Opinion of the Court of Special Appeals unreported (No. 2823, Sept.Term, 2014).

Petition for writ of certiorari granted. Transferred to the regular docket as No. 65, Sept.Term, 2017.

175 A.3d 151

**KOPP, Nancy K.**

v.

**SCHRADER, Dennis R.**

**Pet. Docket No. 419, Sept. Term, 2017**

Court of Appeals of Maryland.

December 20, 2017

Pending in the Court of Special Appeals (No. 1998, Sept. Term, 2017).

Petition for writ of certiorari granted. Transferred to the regular docket as No. 72, Sept.Term, 2017.